UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-206-FDW

| | |
|---|---|
| BRANDON GERALD STEELE, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| DENNIS MARSHALL, et al., | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion to Compel Discovery, (Doc. No. 41), Defendants' Motion to Stay, (Doc. No. 42), Plaintiff's "Motion to Lift Defendant's Stay Motion," (Doc. No. 45), and Plaintiff's Motion to Appoint Counsel, (Doc. No. 46).

First, as to Defendants' Motion to Stay, Defendants note that Plaintiff has a pending action in the North Carolina Industrial Commission, alleging facts identical to those made against Defendants here. The Court agrees that, in light of the pending action in the Industrial Commission, this matter should be stayed until the ongoing case in the Industrial Commission is resolved. Because the Court is staying this action, Plaintiff's other, pending motions will be denied at this time.

**IT IS, THEREFORE, ORDERED** that:

1. Defendants' Motion to Stay, (Doc. No. 42), is **GRANTED**. Plaintiff's motions (Doc. Nos. 41; 45; 46), are **DENIED,** and this matter is stayed until resolution of Plaintiff's pending action in the Industrial Commission. Defendants shall notify

the Court upon resolution of the Industrial Commission action.

Frank D. Whitney
Chief United States District Judge