**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:14-cv-206-FDW**

| | |
|---|---|
| **BRANDON GERALD STEELE,** | ) |
| **Plaintiff,** | ) |
| vs. | ) |
| | ) **ORDER** |
| **DENNIS MARSHALL, et al.,** | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on a periodic status review. This action has been stayed since October 26, 2015, pending resolution of an action in the North Carolina Industrial Commission, alleging facts identical to those made against Defendants here.

**IT IS HEREBY ORDERED** that Defendants shall, within 20 days, notify the Court of the status of the Industrial Commission action and whether the stay in this matter should be lifted, allowing this action to proceed.

**IT IS SO ORDERED.**

Signed: February 13, 2017

Frank D. Whitney
Chief United States District Judge